UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FRANK WIGINTON, II                                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO. 1:19-CV-219-SA-DAS

FRAYSER QUALITY, LLC                                                                          DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to Chief United States District Judge Sharion Aycock on December 3, 2019. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 27th day of January, 2020.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE