# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**FRANK WIGINTON, II**                                                              **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO: 1:19-CV-219-DMB-DAS**

**FRAYSER QUALITY, LLC D/B/A POPEYE'S**                 **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, by and through their respective attorneys of record, stipulate and agree that in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed with prejudice, pursuant to a confidential settlement agreement entered into between the parties, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED, this the 1st day of July, 2021.

**FRANK WIGINTON, II,**
**Plaintiff**

By his attorney
/s/ R. Shane McLaughlin
R. Shane McLaughlin, MS Bar No. 101185
McLaughlin Law Firm
347 North Spring Street
Post Office Box 200
Tupelo, Mississippi 38802
Phone: (662) 840-5042
Fax: (662) 840-5043
E-mail: rsm@mclaughlinlawfirm.com

Victor I, Fleitas, MS Bar No. 10259
Victor I. Fleitas, P.A
452 North Spring Street
Tupelo, Mississippi 38804
Telephone: (662) 840-0270
Fax: (662)840-1047
E-mail: fleitasv@bellsouth.net

**FRAYSER QUALITY, LLC D/B/A**
**POPEYE'S, Defendant**

By its attorneys
/s/ Megan M. Kokontis
Catherine Miller, IL Bar No. 6270278
Megan M. Kokontis, IL Bar No. 6303735
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312)634-5700
Fax: (312) 634-1952
E-mail: catherine.miller@akerman.com
E-mail: megan.kokontis@ackerman.com

58394401;1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she caused the foregoing Joint Stipulation of Dismissal With Prejudice to be served upon the following counsel of record on this 1st day of July, 2021 via the ECF filing system:

>Victor I. Fleitas, P.A.
>452 North Spring Street
>Tupelo, Mississippi 38804
>fleitasv@bellsouth.net /E-mail
>
>R. Shane McLaughlin
>338 North Spring Street, Suite 2
>P.O. Box 200
>Tupelo, Mississippi 38802
>rsm@mclaughlinlawfirm.com

>/s/ Megan M. Kokontis

58394401;1